# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| MAJOR CALHOUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14CV88 CDP |
| | ) | |
| CORIZON CORRECTIONAL | ) | |
| HEALTH CARE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff has filed an amended complaint pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. The amended complaint is substantially similar to the original complaint, with the exception that plaintiff now alleges that defendant Corizon Correctional Health Care had a custom of misstating inmates' diagnoses in order to save money. And plaintiff alleges that this custom was responsible for the unnecessary pain that he suffered. These allegations are sufficient to state a plausible claim under 42 U.S.C. § 1983. As a result, I will order the Clerk to serve process on defendant Corizon.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall reinstate Corizon Correctional Health Care as a defendant in this action.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on defendant Corizon Correctional Health Care.

Dated this <u>9th</u> day of <u>December</u>, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE