# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MAJOR CALHOUN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:14CV88 CDP |
| CORIZON CORR. HEALTH CARE, et al., | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

On December 4, 2014, service was returned unexecuted as to defendants Roschell Davis and Kendis Archer by counsel for Corizon, Inc., because these defendants no longer work for Corizon. As a result, the Court will order counsel to submit the last known home addresses for these defendants under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for Corizon, Inc. shall submit the last known home addresses for defendants Roschell Davis and Kendis Archer to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 12th day of December, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE